**DENIED and Opinion Filed May 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-24-00605-CV
No. 05-24-00607-CV
No. 05-24-00608-CV
No. 05-24-00609-CV
No. 05-24-00610-CV

**IN RE AMANDA RUSSELL, Relator**

**Original Proceedings from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 074932, 075354, 075355, 075356, 075357**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Reichek

Before the Court is pro se relator's May 21, 2024 Petition for Extraordinary Writs of Mandamus and Prohibition. Relator asks this Court to compel the trial court to rule on pending motions and to dismiss the criminal prosecutions against relator; disqualify the Grayson County's District Attorney's Office from being involved in any further criminal prosecutions against relator; restrain the trial court and "any Grayson County officials" from taking any further action to prosecute relator; reassign any potential re-prosecutions of relator to an impartial tribunal; order an

independent investigation into relator's allegations that law enforcement tampered with, fabricated, and suppressed evidence; appoint a special prosecutor to review relator's allegations of constitutional violations; order a change of venue to a county outside of Grayson County; order the return of all property, records, and materials that relator contends were seized from her unlawfully; order the public release of sealed records relating to relator's complaints as a crime victim; reaffirm relator's due process rights under the Fifth and Fourteenth Amendments; refer "all implicated officials" for disciplinary review; and award relator any other relief deemed necessary and appropriate.

We deny relator's petition. Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 52.3(e), (g), (h), (j), (k)(1)(A), 52.7(a). In any event, relator's petition does not demonstrate entitlement to any of the requested relief. TEX. R. APP. P. 52.8(a); TEX. GOV'T CODE ANN. § 22.221; *In re City of Dallas*, No. 05-22-00657-CV, 2022 WL 2737672, at *1 (Tex. App.—Dallas July 14, 2022, orig. proceeding) (mem. op.).

/Amanda L. Reichek/
_____
AMANDA L. REICHEK
JUSTICE

240605F.P05